

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

AWUDU LAHADI,

Petitioner,

v.

JEREMY CASEY, et al.,

Respondents.

Case No.:  3:26-cv-01751-CAB-JLB

**ORDER PARTIALLY GRANTING WRIT OF HABEAS CORPUS**

Pending before the Court is Petitioner Awudu Lahadi's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  Other than stating that he has been detained by U.S. Immigration and Customs Enforcement for over fourteen months, Petitioner, proceeding pro se, provides very little detail about his circumstances or the nature of his detention.  [*See id.* at 7.]  Petitioner claims that his detention violates the Fifth Amendment and seeks immediate release or a prompt bond hearing.  [*Id.* at 4–7.]

Respondents do not offer additional facts or contest any of Petitioner's asserted facts.  [*See* Doc. No. 4.]  Instead, Respondents "acknowledge[] that courts in this District have repeatedly inferred a constitutional right against prolonged mandatory detention" and "concede[] that this Court should order that Petitioner receive a bond hearing[.]" [*Id.* at 1.]

In light of Petitioner's unrefuted facts and legal claim under the Fifth Amendment, the Court **PARTIALLY GRANTS** the writ of habeas corpus and **ORDERS** Respondents

to provide Petitioner an individualized bond hearing by **April 13, 2026**.  The Clerk of the Court shall close the case on April 15, 2026 unless the Court is notified that the bond hearing did not occur.

It is **SO ORDERED**.

Dated:  March 30, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-01751-CAB-JLB