UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AWUDU LAHADI, | Case No.:  3:26-cv-1751-CAB-JLB |
| Petitioner, | |
| v. | **ORDER DENYING MOTION TO ENFORCE ORDER FOR HABEAS PETITION REVIEW** |
| WARDEN JEREMY CASEY, | |
| Respondent. | [Doc. No. 13] |

On March 19, 2026, Petitioner Awudu Lahadi filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241.  After Respondent conceded that the "Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight[,]" [Doc. No. 4], the Court ordered Respondent to provide Petitioner such a hearing.  [Doc. No. 5 at 1–2.]  Petitioner received a hearing comporting with this Order on May 4, 2026.  [Doc. Nos. 11, 12.]

Petitioner has now moved to enforce the Court's Order because "[i]n the Petitioner's point of view 'the government did not establish by clear and convincing evidence, that Petitioner poses a danger to the community or flight [r]isk[.]'"  [Doc. No 13 at 1.]

1

As the Ninth Circuit has explained, "[Petitioner] pursued habeas review of the IJ's adverse bond determination before appealing to the BIA [Board of Immigration Appeals]. This short cut was improper.  [Petitioner] should have exhausted administrative remedies by appealing to the BIA before asking the federal district court to review the IJ's decision." *Leonardo v. Crawford*, 646 F.3d 1157, 1160 (9th Cir. 2011).  Because Petitioner has not exhausted his administrative remedies, the Court **DENIES** the motion.  [Doc. No. 13.]

It is **SO ORDERED**.

Dated: June 1, 2026

Hon. Cathy Ann Bencivengo
United States District Judge